Peter A. Hosharian, Esq. (California State Bar No:172350)
Hosharian Law Firm, APLC
1407 W. Magnolia Blvd.
Glendale, CA 91506
Tel:  818-230-2755; Fax: (888) 677-7414
Email:  peter@hosharianlaw.com

Attorney for Plaintiff SALVADOR MUNIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MUNIZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **CASE NO:**<br><br>**COMPLAINT FOR PERSONAL INJURY DAMGES FOR NEGLIGENCE UNDER THE FEDERAL TORT CLAIMS ACT** |

## INTRODUCTION

1. This Complaint for personal injury damages brought by Plaintiff, SALVADOR MUNIZ (hereinafter referred to as "Plaintiff" and/or "MUNIZ"), is based upon negligence under the Federal Tort Claims Act caused by defendant UNITED STATES OF AMERICA (hereinafter referred to as "USA") and its agents.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to the Federal Tort Claims Act.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b) and (e) in that (1) the negligence herein occurred in the Central District.

4. A timely administrative claim was filed by Plaintiff with the National Tort Center.

The requisite 6 months have elapsed from the date the claim was made. A claim denial was mailed to Plaintiff's counsel on July 2, 2020, giving Plaintiff 6 months from that date in which to file a lawsuit in the Federal District Court or file a request for reconsideration. Plaintiff is opting to file a lawsuit with this court.

## PARTIES

5. Plaintiff SALVADOR MUNIZ was at all times mentioned herein domiciled in the county of Los Angeles, state of California. Plaintiff has suffered special and general damages in an amount within the jurisdictional limits of this court.

6. Defendant is the United States of America.

## CHARGING ALLEGATIONS

## FIRST CAUSE OF ACTION

## NEGLIGENCE UNDER THE FEDERAL TORT CLAIMS ACT

7. On June 9, 2017, at or about 10:13 a.m., on Daly Street in the city of Los Angeles, California, Plaintiff was a motorist involved in an automobile accident with a United States Postal Service (hereinafter referred to as "USPS") vehicle driven by USPS employee Jenny Ruiz.

8. Plaintiff alleges that the acts of Defendant were negligent and were the legal and proximate cause of the injuries and damages suffered by Plaintiff.

9. USPS is an entity of Defendant USA. Plaintiff alleges that at the time of the accident, Jenny Ruiz was acting in her capacity as an employee for USPS.

10. By reason of the afore-described negligence of Jenny Ruiz and thereby of Defendant USA, Plaintiff suffered bodily injury and emotional distress in an amount

not yet ascertained but to be proved.

11. By reason of the afore-described negligence of Defendant, Plaintiff has been required and may continue to receive medical, neurological, psychiatric and psychological care, treatment and examination, and by reason thereof Plaintiff will incur doctor, medical, psychiatric, psychological, pharmaceutical and incidental expenses in an amount not yet ascertained but to be proved.

12. By reason of the afore-described negligence of Defendant, Plaintiff is informed and believes and thereon allege that he has suffered and will continue to suffer loss of employment and employment opportunity, thereby suffering in an amount not yet ascertained but to be proved.

WHEREFORE, Plaintiff respectfully requests relief as follows:

13. The award of general and compensatory damages against Defendant in an amount according to proof at trial;

14. The award of any and all other damages allowed by law according to proof to be determined at time of trial in this matter;

15. The award of such other relief as the court deems just and proper.

DATED: October 2, 2020

*Peter Hosharian*
Peter A. Hosharian
Attorney for Plaintiff
SALVADOR MUNIZ